IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DA'VETTA FLOWERS                                              PLAINTIFF

v.                       No. 4:18-cv-577-DPM

KENDALL W. PENN, Major General,
Adjutant General for the State of
Arkansas                                                       DEFENDANT

### ORDER

The Court appreciates the parties' helpful suggestions about the *voir dire* and preliminary instructions. Here are the Court's final versions.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

6 December 2021